AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

| _____ FILED | _____ RECEIVED |
|---|---|
| _____ ENTERED | _____ SERVED ON |
| COUNSEL/PARTIES OF RECORD | |

# UNITED STATES DISTRICT COURT

**MAY 27 2022**

for the

District of Nevada

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY:_____ DEPUTY

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:22-mj-00436-VCF |
|  | ) | |
| JONZIE HAMILTON | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Cam Ferenbach , U.S. Magistrate Judge | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | May 31, 2022 at 3:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The defendant is to appear via video conference.

Date:   May 27, 2022

_____
*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge
*Printed name and title*